# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            *Plaintiff*,<br><br>   v.<br><br>TANISHA R. DOZIER,<br><br>            *Defendant*. | No. 14-cv-1778 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

On Oct. 23, 2014, plaintiff, the United States of America, filed this action against defendant, Tanisha R. Dozier, under the Ethics in Government Act, 5 U.S.C. app. 4, §§ 101 *et seq*. ECF No. 1. The parties, by undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that this action be and is dismissed with prejudice, with each party to bear its respective costs and attorneys' fees.

Dated:  April 24, 2015                                            Respectfully Submitted,

 */s/ Terence M. Healy*                                             */s/ Adam Grogg*
Terence M. Healy (442054)                               JOSEPH H. HUNT
LOCKE LORD LLP                                              TERRY M. HENRY
701 8th Street, NW                                              ADAM GROGG (N.Y. Bar)
Washington, DC 20001                                       Trial Attorney
(202) 220-6993 [direct]                                       U.S. Department of Justice
(202) 220-6945 [fax]                                            Civil Division, Federal Programs Branch
thealy@lockelord.com                                       20 Massachusetts Ave. NW
                                                                              Washington, DC  20530
*Counsel for Tanisha Dozier*                           phone: (202) 514-2395
                                                                              fax: (202) 616-8470
                                                                              email: adam.a.grogg@usdoj.gov

                                                                              *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on April 24, 2015, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                /s/ *Adam Grogg*
                ADAM GROGG